No. 87–5429.  FRYBERGER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–5430.  APODACA v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–5438.  TINDER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–5455.  SMITH v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–5457.  SWIATEK v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 87–5459.  ROVETUSO v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 87–5467.  FALAQ v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 87–5476.  DEMPEWOLF v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–5483.  DAME v. MUNCY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.